BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FACUNDO LOPEZ-PEREZ,<br>　　aka Jose Huerta Maldonado,<br>　　aka Israel Lopez Zasueta,<br><br>　　　　　　　Defendant. | 1:14-CR-00045-AWI<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

Based upon the Stipulation for Preliminary Order of Forfeiture entered into between plaintiff United States of America and defendant Facundo LOPEZ-Perez it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853 (a), defendant Facundo LOPEZ-Perez' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

　　　a. Approximately $50,050.00 in U.S. Currency,

　　　b. Approximately $2,980.00 in U.S. Currency, and

　　　c. 2012 Ford F-150 Truck, License Number 29954LI, VIN:1FTEX1R62CFA230363.

2. The above-listed property constitutes property derived from, proceeds

obtained directly or indirectly, or were used, or intended to be used, in any manner or part, to commit, or to facilitated the commission of violations of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service, in its secure custody and control.

4. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a) in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   January 4, 2016                           _____
                                                    SENIOR DISTRICT JUDGE