IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>FACUNDO LOPEZ-PEREZ, AKA Jose Huerta Maldonado, AKA Israel Lopez Zasueta,<br><br>             Defendant. | CASE NO.  1:14-CR-0045-AWI<br>CTA NO. 16-10072<br><br>ORDER REQUIRING DEFENDANT TO FILE A MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL |

On January 6, 2016, this Court entered judgement against Defendant Facundo Lopez-Perez. Doc. 63. On February 9, 2016,[1] Defendant filed notice of appeal. Doc. 66. Mr. Lopez' notice of appeal was therefore untimely pursuant to Federal Rules of Appellate Procedure 4(b)(1)(A) and 4(c)(1). Fed. R. App. P. 4(b)(1)(A) (requiring any notice of appeal by a criminal defendant to be filed within 14 days of the judgment); Fed. R. App. P. 4(c)(1). However, because the notice of appeal was filed within 30 days of the judgment, the Ninth Circuit has remanded to this Court for the limited purpose of determining whether time for filing of a notice of appeal should be extended pursuant to Federal Rule of Appellate Procedure 4(b)(4). Doc. 70. The Ninth Circuit also corrected noted that Brian Andrich, Esq., is reflected in the Court's docket as attorney of record. *Id.*

---

[1] Defendant's notice of appeal was dated and mailed on February 9, 2016, but was not received by the Court until February 16, 2016. Doc. 66 at 2. February 9, 2016 is the filing date.

1

It was counsel's obligation to determine whether the defendant wished to file an appeal and, if so, to file a notice of appeal on his behalf. *See* 9th Cir. R. 4-1(a). Mr. Andrich is ordered to file a motion for extension of time within 21 days of the date of this order, explaining why he did not file a notice of appeal on Defendant's behalf.

The Clerk of the Court is respectfully directed to serve a copy of this order upon Mr. Lopez-Perez at the following address: Reg. No. 54668-097, FCI OAKDALE II, Federal Correctional Institution, P.O. Box 5010, Oakdale, LA 71463.

The Clerk of the Court is also respectfully directed to serve a copy of this Order to Brian Andrich, Esq., Andritch & Aed, A Professional Corporation, 2140 Merced Street, Suite 102, Fresno, CA 93721.

IT IS SO ORDERED.

Dated:   February 25, 2016

SENIOR  DISTRICT  JUDGE