PHILLIP A. TALBERT
Acting United States Attorney
KATHLEEN A. SERVATIUS
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>FACUNDO LOPEZ-PEREZ,<br>          aka Jose Huerta Maldonado,<br>          aka Israel Lopez Zasueta,<br><br>            Defendant. | CASE NO.  1:14-CR-00045-AWI<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS, on January 4, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement and Stipulation for Preliminary Order of Forfeiture entered into between plaintiff and defendant Facundo Lopez-Perez, forfeiting to the United States the following property:

 a. Approximately $50,050.00 in U.S. Currency,

 b. Approximately $2,980.00 in U.S. Currency, and

 c. 2012 Ford F-150 Truck, License Number 29954LI, VIN:1FTEX1R62CFA230363.

AND WHEREAS, beginning January 6, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet

Final Order of Forfeiture            1

government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has dismissed the sole ancillary petition filed in this case;

AND WHEREAS, the Court has been advised that no additional third party has filed a claim to the subject property and that the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Facundo Lopez-Perez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Marshals Service, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   August 10, 2016                   _____
                                            SENIOR DISTRICT JUDGE