1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

UNITED STATES OF AMERICA,                    )          Case №: 1:14-cr-00045-1 AWI
                                             )
9                          Plaintiff,        )              **O R D E R**
                                             )          **APPOINTING COUNSEL**
10                           vs.             )
                                             )
11      FACUNDO LOPEZ-PEREZ,                  )
                                             )
12                         Defendant.        )
                                             )
13      _____    )

14          The above named Defendant has, under oath, sworn or affirmed as to his financial

15      inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16      obtain counsel and wishes counsel be appointed to represent him on Compassionate Release.

17      Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C.

18      § 3006A,

19
            IT IS HEREBY ORDERED that Virna Santos be appointed to represent the above
20
        defendant in this case effective *nunc pro tunc* to April 20, 2020, substituting the Federal
21
        Defenders Office appointed per G.O. 595.
22

23          This appointment shall remain in effect until further order of this court.

24
        IT IS SO ORDERED.
25
        Dated:   June 18, 2020          _____
26
                                            SENIOR  DISTRICT  JUDGE
27
28