McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FACUNDO LOPEZ-PEREZ,<br><br>Defendant. | 1:14-CR-00045-AWI-BAM<br><br>STIPULATION FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |

The United States of America, by and through McGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant Facundo Lopez-Perez, by and through his attorney, Virna Santos, hereby stipulate that the government's response to the defendant's motion for compassionate release shall be filed on or before October 28, 2020. The defendant's reply shall be due on or before November 12, 2020.

Dated: October 16, 2020

Respectfully,

McGREGOR W. SCOTT
United States Attorney

/s/ KATHLEEN A. SERVATIUS
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated: October 16, 2020

/s/ *Virna Santos*
Virna Santos, Attorney for Defendant

STIPULATION FOR EXTENSION OF TIME AND ORDER THEREON

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated:   October 19, 2020                      _____
                                                SENIOR  DISTRICT  JUDGE