# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FACUNDO LOPEZ PEREZ,<br><br>　　　　　　　　　　Defendant. | CASE: 1:14-CR-00045-AWI-BAM<br><br>**ORDER DENYING MOTION FOR COMPASSIONATE RELEASE AS MOOT**<br><br>(Doc. No. 115) |

　　　Defendant Facundo Lopez Perez pled guilty on October 5, 2015 to conspiracy to distribute methamphetamine and heroin in violation of 21 U.S.C §§ 841(a)(1) and 846, Doc. No. 57, and is currently serving a 210-month sentence at FCI Oakdale II in Louisiana. Doc. Nos. 64, 76.

　　　On September 21, 2020, Defendant filed a motion for compassionate release on the grounds that he has elevated COVID-19 risk due to obesity and asthma. Doc. No. 115. The United States of America filed an opposition to Defendant's motion on October 29, 2020, Doc. No. 120, and on November 9, 2020, Defendant filed a notice withdrawing the motion to allow for additional investigation, with the intention of refiling the motion at a later date. Doc. No. 125.

　　　In light of Defendant's November 9, 2020 notice of withdrawal, IT IS HEREBY ORDERED that Defendant's September 21, 2020 motion (Doc. No. 115) is DENIED without prejudice as moot.

IT IS SO ORDERED.

Dated:　November 24, 2020　　　　　　　　　　　　　/s/ signature

　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28