# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>FACUNDO LOPEZ-PEREZ,<br>Defendant | CASE NO. 1:14-CR-0045 AWI-1<br><br>**ORDER FOR THE UNITED STATES TO RESPOND TO DEFENDANTS' MOTION FOR COMPASSIONATE RELEASE** |

On March 2, 2021, Defendant filed a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).[1]  After review, the Court finds that it is appropriate for the United States to respond to Defendant's motion.  By this order, the Court will establish a briefing schedule to resolve Defendant's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days of service of this order, the United States shall file a response to Defendant's motion for compassionate release;

2. Defendant shall file a reply within seven (7) days of service of the United States' response; and

3. If the Court determines that a hearing would be beneficial, it will issue a separate order setting a hearing date after all briefing has been received.

IT IS SO ORDERED.

Dated:  March 4, 2021                          _____
                                                SENIOR DISTRICT JUDGE

---

[1] The Court also granted in part a request to seal documents and ordered that Exhibit 2A be filed under seal. Defendant shall ensure that counsel for the United States is a provided a copy of Exhibit 2A.