McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:14-CR-00045-AWI-BAM |
| Plaintiff, | STIPULATION FOR GOVERNMENT'S |
| v. | RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |
| FACUNDO LOPEZ-PEREZ, | |
| Defendant. | |

The United States of America, by and through McGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant Facundo Lopez-Perez, by and through his attorney, Virna Santos, hereby stipulate that the government's response to the defendant's motion for compassionate release shall be filed on or before April 2, 2021.  The defendant's reply shall be due on or before April 16, 2021.

Dated:  March 4, 2021

Respectfully,

McGREGOR W. SCOTT
United States Attorney

/s/ _Kathleen Servatius_
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated:  March 4, 2021

/s/ *Virna Santos*
Virna Santos, Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   March 5, 2021

                    SENIOR  DISTRICT  JUDGE