PHILLIP A. TALBERT
Acting United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00045-AWI |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| FACUNDO LOPEZ-PEREZ, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Notice and Request to Seal, IT IS HEREBY ORDERED that the Government's Exhibit 2 to Government's Opposition to Defendant's Motion for Compassionate Release pertaining to defendant Facundo Lopez-Perez shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Government's Request, sealing Exhibit 2 serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. The ///

ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE                      1

1  Court further finds that there are no additional alternatives to sealing the Government's Exhibit 2 that
2  would adequately protect the compelling interests identified by the government.
3  IT IS SO ORDERED.

4  Dated: __April 2, 2021__        _____
5                                               SENIOR DISTRICT JUDGE

ORDER SEALING DOCUMENTS AS SET FORTH IN
GOVERNMENT'S NOTICE

2