# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff**<br><br>v.<br><br>**FACUNDO LOPEZ-PEREZ,**<br><br>**Defendant** | **CASE NO. 1:14-CR-0045 AWI BAM-1**<br><br>**ORDER APPOINTING FEDERAL DEFENDER'S OFFICE REGARDING MOTION FOR COMPASSIONATE RELEASE** |

On October 3, 2022, Defendant Facundo Lopez-Perez, appearing pro se, moved to modify his prison sentence through 18 U.S.C. § 3582(c). See Doc. No. 35. Pursuant to Eastern District of California General Order No. 595, defendant's motion is referred to the Federal Defender's Office for the Eastern District of California. The Federal Defender's Office shall review Defendant's pro se submission and, within twenty-one (21) days of service of this order, shall either file a supplemental motion or a notice of intent to stand on the original pro se motion submitted by Defendant. Upon receipt of either a supplemental motion or notice to stand on the original motion, the Court will conduct a further review to determine if a response from the United States is warranted and will issue any additional orders as may be appropriate at that time.

IT IS SO ORDERED.

Dated:   October 6, 2022                                    _____
                                                                              SENIOR DISTRICT JUDGE