# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FACUNDO LOPEZ-PEREZ,<br><br>Defendant. | CASE NO. 1:14-CR-00045-AWI-BAM<br><br>SEALING ORDER<br><br>(Doc. No. 147) |

IT IS HEREBY ORDERED that Defendant's Request to Seal Exhibit 2 submitted in support of Defendant's Motion for Compassionate Release or Reduction of Sentence Pursuant to 18 USC 3582(c) be granted so that medical information is not available on the public docket. See Doc. No. 147. If counsel has not done so, defense counsel shall ensure that the United States is provided a copy of all sealed exhibits that accompanied Defendant's Motion and supplemental briefs as soon as possible so that the United States may appropriately address Defendant's arguments in favor of compassionate release.

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated:  January 12, 2023                               _____
                                                                              SENIOR DISTRICT JUDGE