UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FACUNDO LOPEZ-PEREZ,<br><br>Defendant. | CASE NO. 1:14-CR-00045-AWI-BAM<br><br>SEALING ORDER<br><br>(Doc. No. 152) |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Notice and Request to Seal, IT IS HEREBY ORDERED that the Government's Exhibit 2 to the Government's Opposition to Defendant's Third Motion for Compassionate Release pertaining to Defendant Facundo Lopez-Perez shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the Defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462, 1466 (9th Cir. 1990).  The Court finds that, for the reasons stated in the Government's Request, sealing Exhibit 2 serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the Government would be harmed.  The Court further finds that there are no additional alternatives to sealing the Government's Exhibit 2 that would adequately protect the compelling interests identified by the Government.

IT IS SO ORDERED.

Dated:   February 10, 2023                                   _____
                                                                                    SENIOR DISTRICT JUDGE