**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
FACUNDO LOPEZ PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**FACUNDO LOPEZ PEREZ,**<br><br>Defendant. | CASE NO. 1:14-CR-00045-TLN-BAM<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE RE: DEFENDANT'S MOTION PURSUANT TO 28 U.S.C. § 2255** |

The United States, by and through its attorney of record, Stephanie M. Stokman, and defendant Facundo Lopez Perez, by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order requesting to set a briefing schedule pertaining to Mr. Lopez Perez's motions for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), ECF No. 163, and his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), ECF No. 164.

The parties agree and stipulate as follows:

1. Mr. Lopez Perez's pro se motion pursuant to under § 3582(c)(2) was filed on September 16, 2024. ECF No. 163. His pro se motion pursuant to § 3582(c)(1)(A) was filed on May 12, 2025. ECF No. 164.

2. On May 16, 2025, the Court appointed Ms. Radekin to represent Mr. Lopez Perez

1

pertaining to his pro se motions (ECF Nos. 163 & 164).  Ms. Radekin has begun ordering pertinent records and reviewing the records she has so far in this matter.

  3. On June 18, 2025, the Court directed the parties to file "a stipulation setting a briefing schedule for the pending motions at ECF No. 163 and ECF No. 164" by June 25, 2025.  ECF No. 168.

  4. Ms. Radekin was out of the country from June 22 through July 1, 2025 on a long-planned vacation and her assistant came down with Covid-19 during the same time Ms. Radekin was out of the country.  On July 10, 2025 Ms. Radekin's assistant informed her that she had missed the deadline for filing the stipulation regarding the briefing schedule.  Ms. Radekin apologizes for any inconvenience to the Court.

  5. The parties agree to the following briefing schedule:  Ms. Radekin is to file amended motions, supplemental briefs in support of Mr. Lopez Perez's pro se motions, or notice of her intent not to supplement Mr. Lopez Perez's pleadings no later than **September 24, 2025.**  The government's opposition, or statement of non-opposition, is due **30 days after the amended § 3582 motions, supplemental briefs, or notice of intent not to file supplemental briefs.**  Any reply to the government's brief is due **15 days after the government's brief is filed**.

IT IS SO STIPULATED.                              Respectfully submitted,

Dated: July 10, 2025                              MICHELLE BECKWITH
                     Acting United States Attorney

                     /s/ Stephanie Stokman
                     STEPHANI STOKMAN
                     Assistant United States Attorney

Dated: July 10, 2025                              /s/ Erin J. Radekin
                     ERIN J. RADEKIN
                     Attorney for Defendant
                     FACUNDO LOPEZ PEREZ

## ORDER

IT IS SO ORDERED this 10th day of July, 2025.

_____
Troy L. Nunley
Chief United States District Judge