**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988

Attorney for Defendant
FACUNDO LOPEZ PEREZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

FACUNDO LOPEZ PEREZ,

Defendant.

CASE NO. 1:14-CR-00045-TLN-BAM

**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE RE: DEFENDANT'S MOTION PURSUANT TO 28 U.S.C. §§ 3582(c)(2), 3582(c)(1)(A)**

The United States, by and through its attorney of record, Stephanie M. Stokman, and

defendant Facundo Lopez Perez, by and through his attorney of record, Erin J. Radekin,

respectfully submit this stipulation and proposed order requesting to modify the briefing

schedule pertaining to Mr. Lopez Perez's motions for sentence reduction pursuant to 18 U.S.C. §

3582(c)(2), ECF No. 163, and his motion for compassionate release pursuant to 18 U.S.C. §

3582(c)(1)(A), ECF No. 164.

The parties agree and stipulate as follows:

1.  Mr. Lopez Perez's pro se motion pursuant to under § 3582(c)(2) was filed on

September 16, 2024.  ECF No. 163.  His pro se motion pursuant to § 3582(c)(1)(A) was filed on

May 12, 2025.  ECF No. 164.

1

2. On May 16, 2025, the Court appointed Ms. Radekin to represent Mr. Lopez Perez pertaining to his pro se motions (ECF Nos. 163 & 164).

3. On July 11, 2025, the Court adopted the parties' stipulation setting a briefing schedule. ECF No. 170. Pursuant to this schedule, Ms. Radekin is to file amended motions, supplemental briefs in support of Mr. Lopez Perez's pro se motions, or notice of her intent not to supplement Mr. Lopez Perez's pleadings no later than September 24, 2025. *Id.*

4. Ms. Radekin has ordered and received all pertinent records, except for the BOP medical records which, pursuant to her office's experience, can take several months, depending upon the institution. The medical records are pertinent to Mr. Lopez Perez's motions. Thus, Ms. Radekin requests an additional 61 days in order to obtain and review the medical records, and to prepare the amended § 3582 motions, supplemental briefs, or notices of intent not to file supplemental briefs.

5. For these reasons, the parties agree to the following modification of the briefing schedule: Ms. Radekin is to file amended motions, supplemental briefs in support of Mr. Lopez Perez's pro se motions, or notices of her intent not to supplement Mr. Lopez Perez's pleadings no later than **November 24, 2025**. The government's opposition, or statement of non-opposition, is due **30 days after the amended § 3582 motions, supplemental briefs, or notices of intent not to file supplemental briefs.** Any reply to the government's brief is due **15 days after the government's brief is filed**.

/ / /

IT IS SO STIPULATED.

Dated: September 18, 2025

ERIC GRANT
United States Attorney

/s/ Stephanie Stokman
STEPHANI STOKMAN
Assistant United States Attorney

Dated: September 18, 2025

/s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
FACUNDO LOPEZ PEREZ

## ORDER

IT IS SO ORDERED this 18th day of September, 2025.

_____
Troy L. Nunley
Chief United States District Judge

3