**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988

Attorney for Defendant
FACUNDO LOPEZ-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**FACUNDO LOPEZ-PEREZ,**<br><br>Defendant. | CASE NO. 1:14-CR-00045-TLN-BAM<br><br>**ORDER RE: MOTION TO MODIFY BRIEFING SCHEDULE RE: DEFENDANT'S MOTIONS PURSUANT TO 28 U.S.C. §§ 3582(c)(2), 3582(c)(1)(A)** |

GOOD CAUSE APPEARING, and for the reasons set forth in the accompanying Motion to Modify Briefing Schedule Re: Defendant's Motions Pursuant to 28 U.S.C. §§ 3582(c)(2), 3582(c)(1)(A), the Court grants Mr. Lopez-Perez's motion to modify the briefing schedule as follows: amended motions, supplemental briefs in support of Mr. Lopez Perez's pro se motions, or notices of intent not to supplement Mr. Lopez Perez's pleadings are due no later than **January 23, 2026**.  The government's opposition, or statement of non-opposition, is due **30 days after the amended § 3582 motions, supplemental briefs, or notices of intent not to file supplemental briefs.**  Any reply to the government's brief is due **15 days after the government's brief is filed**.

/ / /

1

IT IS SO ORDERED this 24th day of November, 2025.

_____
Troy L. Nunley
Chief United States District Judge